UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELLEN SIGMUND COSTOSO, JACK COSTOSO,

                            Plaintiffs,

            - against -                          Case No.  09-CV 3337 (KAM)


WYETH, WYETH PHARMACEUTICALS INC.,          **STIPULATION OF DISMISSAL**
IMMUNEX CORP., AMGEN INC., JOHN DOES 1-10    **AND ORDER**
AND XYZ CORPORATIONS 1-10

                            Defendants.

-----------------------------------------------------------X


          IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for all parties that have appeared in this action, that the within action is voluntarily dismissed

without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated :  October 7, 2009


LAW OFFICE OF RONALD SAFFNER          HOGAN & HARTSON L.L.P.


_____/s_____       _____/s/_____
By: Ronald Saffner                     By: Frank Spano
110 Wall Street, 11th Floor            875 Third Avenue
New York, NY 10005                     New York, NY 10022
(212) 619-6030                         (212) 918-3000
*Attorneys for Plaintiffs,*
*Ellen Costoso and Jack Costoso*       Lauren S. Colton (admitted *pro hac vice*)
                                       111 South Calvert Street, Suite 1600
                                       Baltimore, MD 21202
                                       (410) 659-2700
                                       *Attorneys for Defendants, Amgen Inc. and*
                                       *Immunex Corporation*

Orrick, Herrington & Sutcliffe LLP


_____/s/_____
Daniel J. Thomasch
666 Fifth Avenue
New York, New York 10103-0001
(212) 506-3755
*Attorney for Defendants, Wyeth and*
*Wyeth Pharmaceuticals, Inc.*


SO ORDERED:


_____
The Honorable Kiyo A. Matsumoto
United States District Court for the
Eastern District of New York